**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:  Case No. _____

**MORALES APONTE, MARIO & NIEVES OROZCO, LUZ ARISMILDA**  Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **8/30/2016**  ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION  Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **350.00** x **10** = $ **3,500.00**
$ **550.00** x **50** = $ **27,500.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **31,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **31,000.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Capital Crossing Pue**  Cr. _____  Cr. _____
# **0689**  # _____  # _____
$ **1,834.56**  $ _____  $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Firstbank Puerto Ric**  Cr. **Firstbank Puerto Ric**  Cr. _____
# **2566**  # **2964**  # _____
$ **5,980.00**  $ **14,700.00**  $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**Capital Crossing Pue**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,735.00**

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
* Debtor to provide Adequate Protection Payments to Firstbank PR (Acct #2566 & Acct #2964) through the Trustee in the sum $260 per month until confirmation.
* After confirmation of Plan Trustee will pay Firstbank PR (Acct #2566 & Acct #2964) concurrently with attorney's fees in a 50/50% basis; once attorney's fees are paid in full the Trustee will make payments to Firstbank PR ahead any other secured claim.
* Debtor to provide auto insurance (Eastern America Insurance Company) upon maturity to First Bank through Chapter 13 Plan.
* Late filed claims filed by creditors will receive no distribution.
* Debtor reserves the right to object claims after Plan confirmation.

Signed: **/s/ MARIO MORALES APONTE**
Debtor

**/s/ LUZ ARISMILDA NIEVES OROZCO**
Joint Debtor

Attorney for Debtor **Figueroa & Serrano, PSC**  Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)